JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRANDON HOWARD, an individual,

Plaintiff,

vs.

Chipotle Mexican Grill, Inc., a foreign corporation,

Defendant.

Case No. 8:23-cv-00049-KES

**ORDER RE NOTICE OF DISMISSAL WITH PREJUDICE**

Judge: Hon. Karen E. Scott
Courtroom: 6D
Case Filed: January 11, 2023

Having properly read and considered the Plaintiff's Notice of Dismissal with Prejudice, the matter of *Brandon Howard v. Chipotle Mexican Grill, Inc.*, Case No. 8:23-cv-00049-KES, is hereby dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  January 20, 2023

*Karen E. Scott*

HON. KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE